IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JEGE, LLC and Thomas Huff,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Darren Indyke, as Co-Executor of the Estate of Jeffrey E. Epstein, and Richard Kahn, as Co-Executor of the Estate of Jeffrey E. Epstein,<br><br>　　　　Defendants. | CIVIL ACTION<br><br>FILE NO.: 1:21-cv-4367-MLB |

**DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and L.R. 3.3, NDGA:

**(1)　The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:**

Defendants include Darren Indyke, as Co-Executor of the Estate of Jeffrey E. Epstein, and Richard Kahn, as Co-Executor of the Estate of Jeffrey E. Epstein. To the best of the undersigned counsel's knowledge and belief, Plaintiffs include JEGE, LLC and Thomas Huff.

**(2)    The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest or other interest which could be substantially affected by the outcome of this particular case**:

The following persons, associations, firms, partnerships, or corporations may have either a financial interest or other interest which could be substantially affected by the outcome of this particular case: any creditors and beneficiaries of the Estate of Jeffrey E. Epstein.

**(3)    The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:**

Counsel for Plaintiffs

    Jeff Banks, GA Bar No. 005445
    jeffsbanks@hotmail.com
    BANKS AND RIEDEL, PC
    PO Box 2719
    Kennesaw, Georgia 30156
    (478) 254-3032 (Telephone)

Counsel for Defendants

    Margaret S. Mathis, GA Bar No. 916819
    maggie.mathis@troutman.com
    TROUTMAN PEPPER HAMILTON SANDERS LLP
    600 Peachtree Street N.E., Suite 3000
    Atlanta, Georgia 30308-2216

404-885-3000 (Telephone)
404-885-3900 (Facsimile)

Bennet J. Moskowitz (*pro hac vice application forthcoming*)
bennet.moskowitz@troutman.com
TROUTMAN PEPPER HAMILTON SANDERS LLP
875 Third Avenue
New York, New York 10022
(212) 704-6000 (Telephone)
(212) 704-6288 (Facsimile)

Molly S. DiRago (*pro hac vice application forthcoming*)
molly.dirago@troutman.com
TROUTMAN PEPPER HAMILTON SANDERS LLP
227 W. Monroe Street
Suite 3900
Chicago, Illinois 60606
(312) 759-1926 (Telephone)
(312) 759-1939 (Facsimile)


Submitted this 23rd day of December, 2021.


/s/ *Margaret S. Mathis*
Margaret S. Mathis, GA Bar No. 916819
maggie.mathis@troutman.com

TROUTMAN PEPPER HAMILTON SANDERS LLP
600 Peachtree Street N.E., Suite 3000
Atlanta, Georgia 30308-2216
404-885-3000 (Telephone)
404-885-3900 (Facsimile)

- 4 -

Bennet J. Moskowitz (*pro hac vice application pending*)
bennet.moskowitz@troutman.com

TROUTMAN PEPPER HAMILTON SANDERS LLP
875 Third Avenue
New York, New York 10022
(212) 704-6000 (Telephone)
(212) 704-6288 (Facsimile)

Molly S. DiRago (*pro hac vice application pending*)
molly.dirago@troutman.com

TROUTMAN PEPPER HAMILTON SANDERS LLP
227 W. Monroe Street
Suite 3900
Chicago, Illinois 60606
(312) 759-1926 (Telephone)
(312) 759-1939 (Facsimile)

*Counsel for Defendants Darren Indyke and Richard Kahn, as Co-Executors of the Estate of Jeffrey E. Epstein*

- 5 -

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2021, I electronically filed the foregoing ***Defendants' Certificate of Interested Persons and Corporate Disclosure Statement*** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

This 23rd day of December, 2021.

                                            By: */s/ Margaret S. Mathis*
                                                 Margaret S. Mathis, GA Bar No. 916819