IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JEGE, LLC.
and                                                                Jury Trial Demanded
THOMAS HUFF,
    Plaintiffs,

v.                                                                 Civil action
                                                                   File No.: 1:21-cv-4367-MLB

DARREN INDYKE,
as co-executor of the estate of Jeffrey E. Epstein

and

RICHARD KAHN,
as co-executor of the estate of Jeffrey E. Epstein

_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

COMES NOW, Plaintiff's in the above styled action and files their

VOLUMTARY DISMISSAL pursuant to FRCP 41 (1)(A)(i),[1]

Respectfully submitted this 21st day of March. 2021.

                                        */s/ Jeff Banks*
                                        Jeff Banks
                                        GA Bar # 005445

---

[1] FRCP 41 DISMISSAL *By the Plaintiff:*

    (A) *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment;

Jeff Banks
Banks and Riedel, PC
PO Box 2719
Kennesaw, Georgia 30156
478 254 3032
jeffsbanks@hotmail.com

## LOCAL RULE 7.1 (D) CERTIFICATION

I, Jeff Banks, certify that the foregoing document was prepared Times New Roman, 14 Point Font, Compliance with Local Rule 5.1(C)

This 21st day of March 2022.

/s/ *Jeff Banks*
Attorney for Plaintiffs
GA Bar 005445

## CERTIFICATE OF SERVICE

I, hereby certify that the foregoing PLANTIFF'S NOTICE OF VOLUNTARY DISMISSAL was electronically filed with the Clerk of Court using the CM/ECF system, which automatically serves notification of such filing to all counsel of record:

Margaret S. Mathis
GA Bar 916819
Troutman Pepper Hamilton Sanders LLP
600 Peachtree St. NE.
Suite 3000
Atlanta, GA 30308-2216

Ph- 404-885-3000

Bennett J. Moskowitz
(admitted pro hac vice)
Troutman Pepper Hamilton Sanders LLP
875 3rd Ave.
New York, NY 10022
Ph- 212-704-6000

Molly S. Dirago
(admitted pro hac vice)
Troutman Pepper Hamilton Sanders, LLP
227 W. Monroe St.
Suite 3900
 Chicago, IL 60606
ph- 312- 759- 1926

This 21st day of March, 2022

*/s/ Jeff Banks*