IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JEGE, LLC. and Thomas Huff,

        Plaintiffs,

v.                            Case No. 1:21-cv-4367-MLB

Darren Indyke and Richard Kahn,

        Defendants.

_____/

## ORDER

Presently before the Court is Plaintiffs' "Notice of Voluntary Dismissal" (Dkt. 27). Federal Rule of Civil Procedure 41(a)(1)(A)(ii) provides that a plaintiff may voluntarily dismiss an action upon filing a "stipulation of dismissal signed by all parties who have appeared." Counsel for Defendants filed a Notice of Appearance on December 23, 2021. (Dkt. 10.) Here, the instant Notice of Voluntary Dismissal does not comply with Rule 41(a)(1)(A)(ii) because it does not contain the signature of counsel for Defendants Darren Indyke and Richard Kahn. (Dkt. 27 at 1–2.)

Accordingly, the Court **DIRECTS** the parties to submit a

Stipulation of Dismissal with the appropriate signatures within five (5) days from the date of entry of this order.

**SO ORDERED** this 22nd day of March, 2022.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE