**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| JEGE, LLC and Thomas Huff, | |
| Plaintiffs, | CIVIL ACTION |
| v. | FILE NO.: 1:21-cv-4367-MLB |
| Darren Indyke, as Co-Executor of the Estate of Jeffrey E. Epstein, and Richard Kahn, as Co-Executor of the Estate of Jeffrey E. Epstein, | |
| Defendants. | |

## STIPULATION OF VOLUNTARY DISMISSAL

COMES NOW Plaintiffs JEGE, LLC and Thomas Huff and Defendants Darren Indyke and Richard Kahn, as Co-Executors of the Estate of Jeffrey E. Epstein, by and through their counsel of record, and submit their Stipulation of Voluntary Dismissal in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), as follows:

1. Plaintiffs filed the above-captioned action on October 20, 2021.

2. Thereafter, Plaintiffs filed an Amended Complaint on December 8, 2021.

3.     On February 21, 2022, Defendants moved to dismiss Plaintiffs' Amended Complaint in its entirety.

4.     Plaintiffs now wish to withdraw all claims made against Defendants in this action.

5.     Plaintiffs hereby voluntarily dismiss this action and all claims asserted against Defendants without prejudice.

6.     Each party shall be responsible for its own costs and attorneys' fees associated with this litigation.

[*Signatures to follow*]

Respectfully submitted, this 24th day of March, 2022.

/s/ *Jeff Banks*

Jeff Banks, GA Bar No. 005445
jeffsbanks@hotmail.com

BANKS AND RIEDEL, PC
PO Box 2719
Kennesaw, Georgia 30156
(478) 254-3032 (Telephone)

*Counsel for Plaintiffs JEGE, LLC and*
*Thomas Huff*

/s/ *Margaret S. Mathis*

Margaret S. Mathis, GA Bar No. 916819
maggie.mathis@troutman.com

TROUTMAN PEPPER HAMILTON
SANDERS LLP
600 Peachtree Street N.E., Suite 3000
Atlanta, Georgia 30308-2216
404-885-3000 (Telephone)
404-885-3900 (Facsimile)

Bennet J. Moskowitz (*admitted pro hac*
*vice*)
bennet.moskowitz@troutman.com

TROUTMAN PEPPER HAMILTON
SANDERS LLP
875 Third Avenue
New York, New York 10022
(212) 704-6000 (Telephone)
(212) 704-6288 (Facsimile)

Molly S. DiRago (*admitted pro hac*
*vice*)
molly.dirago@troutman.com

TROUTMAN PEPPER HAMILTON
SANDERS LLP
227 W. Monroe Street
Suite 3900
Chicago, Illinois 60606
(312) 759-1926 (Telephone)
(312) 759-1939 (Facsimile)

*Counsel for Defendants Darren Indyke and Richard Kahn, as Co-Executors of the Estate of Jeffrey E. Epstein*

## LOCAL RULE 7.1(D) CERTIFICATION

Counsel certifies that the foregoing document was prepared in Times New Roman, 14-point font, in compliance with Local Rule 5.1(B).

This 24th day of March, 2022.

/s/ *Jeff Banks*
Jeff Banks, GA Bar No. 005445
jeffsbanks@hotmail.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing ***Stipulation of Voluntary Dismissal*** was electronically filed with the Clerk of Court using the CM/ECF system, which automatically serves notification of such filing to all counsel of record.

This 24th day of March, 2022.

/s/ *Jeff Banks*
Jeff Banks, GA Bar No. 005445
jeffsbanks@hotmail.com